Village of Glencoe, Appellant, v. Albert O. Olson and Morton T. Culver, Appellees.

Gen. No. 22,703.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. FREDERICK A. SMITH, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded with directions. Opinion filed March 26, 1917. Rehearing denied April 9, 1917. *Certiorari* denied by Supreme Court (making opinion final).

## Statement of the Case.

Bill of interpleader by the Village of Glencoe, complainant, against Albert O. Olson and Morton T. Culver, defendants, as to certain warrants or vouchers for the payment of money out of a certain special assessment fund in complainant's possession, in which the defendant Culver filed a cross-bill against the complainant disclaiming any interest in such warrants or vouchers and claiming a debt due otherwise from the complainant to him. From a decree for the cross complainant ordering the complainant to pay him $2,626.10, with interest, complainant appeals.

GEORGE I. HICKS, for appellant; FRED D. JACKSON, of counsel.

MORTON T. CULVER, for appellees.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

1. INTERPLEADER, § 6*—*what are essentials to bill of.* It is essential to a bill of interpleader that the party seeking relief shall have incurred no independent liability to either party with reference to the subject-matter of the suit; that he should have

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

acknowledged the title of neither in respect to the specific property in dispute; and that he claims no interest in the subject-matter himself.

2. INTERPLEADER, § 2*—*when propriety of bill of may not be raised.* Where defendants to a bill of interpleader interplead without objection and go to trial on the issue, it is too late to raise the objection that the case is not a proper one for a bill of interpleader.

3. INTERPLEADER, § 14*—*when cross-bill does not lie.* On a bill of interpleader as to certain warrants for payment of money out of a certain special assessment fund in complainant's possession, in which complainant and one of the defendants disclaimed as to such warrants, *held* that a cross-bill by such defendant as to other portions of such fund than relates to such warrants would not lie.